**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6403**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ROBERT RUSSELL WILLIAMS, a/k/a Drip,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, Senior District Judge. (3:95-cr-00045-HEH-1)

Submitted: October 14, 2021             Decided: October 18, 2021

Before DIAZ and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Russell Williams, Appellant Pro Se. Erik Sean Siebert, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Russell Williams appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find that the district court did not abuse its discretion in its analysis of the 18 U.S.C. § 3553(a) factors. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*